1   MacCONAGHY & BARNIER, PLC
    JOHN H. MacCONAGHY, State Bar No. 83684
2   JEAN BARNIER, State Bar No. 231683
    645 First St. West, Suite D
3   Sonoma, California 95476
    Telephone:  (707) 935-3205
4   Facsimile:  (707) 935-7051
    Email:      macclaw@macbarlaw.com
5
    Attorneys for Plaintiff-Appellee
6   LOIS I. BRADY, TRUSTEE IN BANKRUPTCY

7
                    UNITED STATES DISTRICT  COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10  In re                          )    Case No. C-15-00757 WHO
                                   )
11  HILL WINE COMPANY, LLC,        )
                                   )    Bank Ct. AP No. 14-1136 AJ
12          Debtor.                )    **ORDER ENLARGING TIME TO FILE**
                                   )    **APPELLEE'S BRIEF**
13  LOIS I. BRADY, Trustee in Bankruptcy, )
                                   )
14          Plaintiff - Appellee,  )
                                   )
15  v.                             )
                                   )
16  TERRY OTTON; NANCY OTTON;      )
                                   )
17          Defendants - Appellants, )
                                   )
18  JEFFRY HILL; and REBECCA HILL, )
                                   )
19          Defendants.            )

20          On consideration of the Motion to Enlarge Time to File Appellee's Brief filed by the

21  Plaintiff-Appellee Lois I. Brady, Trustee in Bankruptcy of the Estate of Hill Wine Company, and

22  it appearing that the relief requested is appropriate pursuant to the provisions of Civil Local Rule

23  6-3, and good cause appearing:

24          IT IS HEREBY ORDERED that the time to file the Appellee's Brief is extended to a date

25  14 days after entry of this Court's ruling on the Appellee's pending Motion to Dismiss Appeal

26  for Lack of Jurisdiction, Dkt. No. 6 herein.

27          IT IS FURTHER ORDERED that the time to file the Appellants' Reply Brief, if any, is

28  [10680.OTTON.MOTIONTOEXTENDTIME.WPD]                                    PAGE 1

1  extended to a date 14 days after service if the Appellee's Brief.

2      **IT IS SO ORDERED**

3  Dated:  April 15, 2015

4  Hon. William H. Orrick
   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28